IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DARIN TYRONE RONE                                                              PLAINTIFF

vs.                             CASE NO. 5:05CV00205 GH

R. HOBBS, ET AL.                                                               DEFENDANTS

## ORDER

On motion of plaintiff, this action is hereby dismissed without prejudice.

IT IS SO ORDERED this 28th day of November, 2005.

_/s/ George Howard, Jr._
UNITED STATES DISTRICT JUDGE